UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EDITH EMENHEISER,

    Plaintiff,

v.                                                  CASE NO.: 1:09CV142-SPM/AK

DAVIDSON HOTEL COMPANY, LLC.,
a Foreign Limited Liability Company,

    Defendant.

_____/

### ORDER OF DISMISSAL

This cause comes before the Court on Defendant's motion to dismiss (doc.24) under Federal Rule of Civil Procedure 25(a)(1) for failure to file a motion to substitute within 90 days of the suggestion of Plaintiff's death. Plaintiff's response (doc. 27) states that no one is presently qualified to substitute as a party and that counsel therefore has no objection to dismissal. Accordingly, it is

ORDERED AND ADJUDGED:

1.    The motion to dismiss (doc. 24) is granted.

2.    This case is dismissed without prejudice under Fed. R. Civ. P. 25(a)(1).

DONE AND ORDERED this 24th day of February, 2010.

            *s/ Stephan P. Mickle*
            Stephan P. Mickle
            Chief United States District Judge